IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEONARD T. WILLIAMSON, SR., )
        Petitioner, )
             )
vs.             ) Civil Action No. 14-440
             ) Judge Mark R. Hornak/
             ) Magistrate Judge Maureen P. Kelly
ORLANDO HARPER, *Allegheny County* )
*Jail (ACJ) Warden*; ACJ, )
        Respondents. )

# **ORDER**

AND NOW, this 27th day of August, 2014, after the Petitioner, Leonard T. Williamson, Sr., filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until August 22, 2014, to file written objections thereto, and Petitioner's copy of Report and Recommendation having been returned to the Court indicating that he has been released and no objections having been filed by Petitioner or Respondents, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that this case is dismissed with prejudice for Petitioner Leonard T. Williamson, Sr.'s failure to comply with the Order to Show Cause entered by this Court on July 3, 2014. ECF No. 16.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

MARK R. HORNAK
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Leonard T. Williamson, Sr.
13951
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219-3100

All Counsel of Record Via CM-ECF